THE VLADIKAVKAZSKY RAILWAY COMPANY, Respondent, *v.* THE NEW YORK TRUST COMPANY, Appellant.

(Submitted March 19, 1934; decided April 17, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 369.)

SAMUEL GYSIN, Appellant, *v.* ANNA GYSIN, Respondent.

(Submitted March 22, 1934; decided April 17, 1934.)

Motion for reargument denied. (See 263 N. Y. 509.)